IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARLENE CHAIT,

        Plaintiff,

vs.

DELTA AIR LINES, INC., AIR SERV CORPORATION and JOHN DOE/JANE DOE (1-10)

        Defendants.

CIVIL ACTION

No. 09-cv-940

**FILED**
JUL 31 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### Order

AND NOW, this 30th day of July, 2009, upon consideration of Plaintiff, Marlene Chait's, Motion for Leave to Amend her Complaint (Doc. No. 8) and Defendant's Response thereto (Doc. No. 14), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Plaintiff SHALL file her Amended Complaint (Pl. Mot., Exh. B) within ten (10) days of the entry date of this Order.

BY THE COURT:

_____
J. CURTIS JOYNER, J.